11 So.2d 172

**E. B. (alias Slick) PARNELL v. STATE.**

**2 Div. 713.**

Court of Appeals of Alabama.

Nov. 3, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

1 So.2d 47

**Parker PARRIS v. STATE.**

**7 Div. 568.**

Court of Appeals of Alabama.

Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

11 So.2d 173

**Hat PARSON v. STATE.**

**6 Div. 970.**

Court of Appeals of Alabama.

Nov. 3, 1942.

Rehearing Denied Nov. 17, 1942.

L. R. Quinn, of Haleyville, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 905

**Sallie Mae PATE, alias Jack Belcher v. STATE.**

**6 Div. 815.**

Court of Appeals of Alabama.

May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

3 So.2d 925

**Jess D. PATTERSON v. STATE.**

**8 Div. 101.**

Court of Appeals of Alabama.

June 10, 1941.

John E. McEachin, of Huntsville, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 853

**William PATTERSON v. STATE.**

**5 Div. 135.**

Court of Appeals of Alabama.

Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.